Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Maynetta Swinscoe,<br>      Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>      Defendant. | CASE NO. 1:10-cv-1614 AWI SKO<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL LETTER<br>BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is February 13, 2011. The new due date will be March 15, 2011. The scheduling order should be modified accordingly.

Dated: February 14, 2011                /s/ Sengthiene Bosavanh

                                                       SENGTHIENE BOSAVANH, ESQ.
                                                       Attorney for Plaintiff

Dated: February 14, 2011                BENJAMIN B. WAGNER
                                                     United States Attorney


                                                       By: /s/ Kathryn Reeves Watson
                                                     (as authorized via e-mail)
                                                   KATHRYN REEVES WATSON
                                                   Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2011**                /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE