Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Maynetta Swinscoe,<br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br><br>        Defendant. | CASE NO. 1:10-cv-01614-AWI-SKO<br><br>MOTION FOR A SECOND EXTENSION OF TIME FOR PLAINTIFF'S CONFIDENTIAL LETTER BRIEF AND ORDER |

Plaintiff's attorney moves the Court for a 30-day extension of time, until April 14, 2011, in which to submit a confidential brief herein.  Defendant has been contacted and has no objection to this motion.   This brief currently is due March 15, 2011. On March 14, 2011, Plaintiff's counsel fell down her stairs and injured her ankle. Upon return from the emergency room, she received a message that her father had died. Due to these unfortunate circumstances, Plaintiff requests a second time to submit a confidential letter brief. Plaintiff requests that the scheduling order be modified accordingly.

Dated: March 15, 2011                    /s/ Sengthiene Bosavanh

                                         SENGTHIENE BOSAVANH, ESQ.
                                         Attorney for Plaintiff

**ORDER**

Upon the Court's consideration of Plaintiff's motion and for good cause shown, IT IS ORDERED that Plaintiff shall serve her confidential brief upon Defendant **by no later than April 14, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

**Dated:   March 16, 2011**               /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE