# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNETTA SWINSCOE,<br><br>                Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 1:10-cv-01614-AWI-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 23) |

On July 20, 2011, the parties filed a stipulated request that Defendant be granted an extension of time until September 5, 2011, to file an responsive brief. (Doc. 23.) The Court GRANTS the parties' request, but notes that September 5, 2011, is a holiday. As such, the schedule is modified as provided below.

Accordingly, IT IS HEREBY ORDERED THAT

1. The Commissioner shall file a responsive brief **on or before September 6, 2011**; and

///

2.     Plaintiff may file a reply brief **on or before September 26, 2011**.[1]

IT IS SO ORDERED.

**Dated:**   **July 20, 2011**                                  /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] This date reflects application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.

2